Dayton Magallanes (Bar No. 240231)
LAW OFFICES OF DAYTON MAGALLANES
10540 Wilshire Blvd, Suite 417
Los Angeles, CA 90024
Telephone: (310) 779-2348
Email: Dayton@MagallanesLegal.com

Attorney for Plaintiff,
Gabriela Cabrera

Ernest J. Franceschi, Jr. (Bar No. 112893)
FRANCESCHI LAW CORPORATION
800 Wilshire Blvd, 12TH Floor
Los Angeles, CA 90017
Telephone: (213) 622-0835
Fax: (213) 622-0837

Attorney for Defendant
La Puente Company, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA CABRERA,<br><br>    Plaintiff,<br><br>v.<br><br>LA PUENTE COMPANY, LLC AND DOES 1-20,<br><br>    Defendants. | Case No. 2:16-CV-02228<br><br>ORDER ON STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |

1

Stipulation For Dismissal

**TO ALL COURTS AND PARTIES:**

**IT IS HEREBY STIPULATED**, by plaintiff Gabriela Cabrera and defendant La Puente Company LLC that this Court shall dismiss this Action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: 5/18/2016

LAW OFFICES OF DAYTON MAGALLANES

By: /s/ Dayton Magallanes
Dayton Magallanes
Attorney for Plaintiff,
Gabriela Cabrera

Dated: 5/18/2016

FRANCESCHI LAW CORPORATION

By: /s/ Ernest J. Franceschi, Jr.
Ernest J. Franceschi, Jr.
Attorney for Defendant,
La Puente Company, LLC

**IT IS SO ORDERED.**

**DATED:** 5/20/2016

_____
**UNITED STATES DISTRICT JUDGE**

2

Stipulation For Dismissal